# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

EDWARD W. FEITEL, on behalf of himself and all others similarly situated,

v.

VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:



CV 08   0118 CW

TO: (Name and address of defendant)

VERIFONE HOLDINGS, INC.
2099 Gateway Place, Suite 600
San Jose, CA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1-7-08

**ANNA SPRINKLES**

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2489877 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
EDWARD FEITEL, et. al

Defendant:
VERIFONE HOLDINGS, INC., etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-0118 CW |
|---|---|---|---|---|

I, Michael Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : VERIFONE HOLDINGS, INC.

By Serving         : Katherine Stephens, Corporate Legal Director, Authorized to Accept Service.

Address            : 2099 Gateway Place, Suite 600, San Jose, California 95110
Date & Time        : Wednesday, January 9, 2008 @ 2:15 p.m.
Witness fees were  : Not applicable.

Person serving:
Michael Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 617
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 9, 2008                    Signature: _____
                                                    Michael Weeker


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2489877 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: EDWARD FEITEL, et. al

Defendant: VERIFONE HOLDINGS, INC., etc., et al.

**PROOF OF SERVICE** — Date: — Time: — Dept/Div: — Case Number: CV 08-0118 CW

I, Michael Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : DOUGLAS G. BERGERON

By Serving : Katherine Stephens, Corporate Legal Director, Authorized to Accept Service.

Address : 2099 Gateway Place, Suite 600, San Jose, California 95110
Date & Time : Wednesday, January 9, 2008 @ 2:15 p.m.
Witness fees were : Not applicable.

Person serving:
Michael Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 617
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 9, 2008                Signature: _____
                                                Michael Weeker


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2489877 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
EDWARD FEITEL, et. al

Defendant:
VERIFONE HOLDINGS, INC., etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-0118 CW |
|---|---|---|---|---|

I, Michael Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : BARRY ZWARENSTEIN

By Serving         : Katherine Stephens, Corporate Legal Director, Authorized to Accept Service.

Address            : 2099 Gateway Place, Suite 600 , San Jose, California  95110
Date & Time        : Wednesday, January 9, 2008 @ 2:15 p.m.
Witness fees were  : Not applicable.


Person serving:                          a. Fee for service:
Michael Weeker                           d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502                (2) Registration No.: 617
San Francisco, California 94105              (3) County: Santa Clara
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 9, 2008                    Signature: _____
                                                    Michael Weeker


Printed on recycled paper