1  Joseph W. Cotchett
   Mark Molumphy (SBN#168009)
2  **COTCHETT, PITRE & McCARTHY**
   840 Malcolm Road, Suite 200
3  Burlingame, California 94010
   Telephone:   (650) 697-6000
4  Facsimile:   (650) 697-0577

5  Stanley M. Grossman                         Patrick V. Dahlstrom
   Marc I. Gross                               Joshua B. Silverman
6  Jeremy A. Lieberman                         **POMERANTZ HAUDEK BLOCK**
   **POMERANTZ HAUDEK BLOCK**                    **GROSSMAN & GROSS LLP**
7    **GROSSMAN & GROSS LLP**                  One North La Salle Street
   100 Park Avenue                             Suite 2225
8  New York, New York 10017-5516               Chicago, Illinois 60602
   Telephone: (212) 661-1100                   Telephone: (312) 377-1181
9  Facsimile: (212) 661-8665                   Facsimile: (312) 377-1184

10 **Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd.
   And Direct Investment House (Providence Funds) Ltd.**

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14 **IN RE VERIFONE HOLDINGS, INC.**          )  **Case No. C 07-6140 MHP**
   **SECURITIES LITIGATION**                  )
15                                            )
                                              )  **Honorable Marilyn Hall Patel**
16 **This Document Relates to:**               )  **Courtroom 15**
                                              )
17 **ALL ACTIONS**                             )
   _____)
18

19             **APPLICATION OF PATRICK V. DAHLSTROM**
               **FOR ADMISSION OF ATTORNEY PRO HAC VICE**
20
          Pursuant to Civil L.R. 11-3, Patrick V. Dahlstrom, an active member in good standing of
21
   the following bars:
22
          State of New York;
23
          State of Illinois;
24
          United States Supreme Court;
25
          United States Court of Appeals:    Fourth Circuit, Sixth Circuit, Seventh Circuit, and
26
                                             Eighth Circuit;
27

28 APPLICATION OF PATRICK V. DAHLSTROM FOR ADMISSION OF ATTORNEY *PRO HAC*

1    United States District Court:        Eastern District of New York, Southern District of

2                                         New York, Northern District of Illinois, Eastern

3                                         District of Wisconsin, Northern District of Indiana,

4                                         Western District of Pennsylvania, and the District of

5                                         Colorado;

6    hereby applies for admission to practice in the Northern District of California on a *pro hac vice*

7    basis representing CLAL Finance Batucha Investment Management Ltd. and Direct Investment

8    House (Providence Funds) Ltd. In the above-entitled action.

9        In support of this application, I certify on oath that:

10    1.    I am an active member in good standing of a Unites States Court or of the highest

11          court of another State or the District of Columbia, as indicated above;

12    2.    I agree to abide by the Standards of Professional Conduct set for in Civil Local

13          Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

14          become familiar with the Local Rules and the Alternative Dispute Resolution

15          programs of this Court; and,

16    3.    An attorney who is a member of the bar of this Court in good standing and who

17          maintains an office within the State of California has been designated as co-

18          counsel in the above entitle-action. The name, address and telephone of that

19          attorney is:

20                        Mark Molumphy
                          COTCHETT, PITRE & McCARTHY
21                        840 Malcolm Road
22                        Suite 200
                          Burlingame, California 94010
23                        Telephone: (650) 697-6000

24        I declare under penalty of perjury that the foregoing is true and correct.

25

26    Dated: February 27, 2008

27                                                    Patrick V. Dahlstrom

28    APPLICATION OF PATRICK V. DAHLSTROM FOR ADMISSION OF ATTORNEY *PRO HAC*        -2-

1  **Eichenholtz v. Verifone Holdings, Inc., et al.**
   **U.S. District Court Case No.: 07-cv-06140-MHP**

2

3                              **PROOF OF SERVICE**

4         I am employed in San Mateo County where service of the document(s) referred to below
   occurred. I am over the age of 18 and not a party to the within action. My business address is

5  Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200,
   Burlingame CA 94010. I am readily familiar with the firm's practices for the service of

6  documents. On this date, I served or caused to be served a true copy of the following:

7

8  ___    **BY E-MAIL**: My e-mail address is jacosta@cpsmlaw.com  and service of this
          document(s) occurred at approximately _____ a.m./p.m. on the date shown below.

9         This document is being served electronically and the transmission was reported as
          complete and without error.

10
   XXX  **BY MAIL:**    I placed a true copy of the aforementioned document(s) in a sealed

11        envelope with postage fully paid. I am familiar with this firm's practice of collection and
          processing of mail for delivery by the United States Postal Service on the same day in the

12        ordinary course of business.

13 ___    **BY FACSIMILE**:    From facsimile machine telephone number (650) 697-0577, on the
          date shown below, I served a full and complete copy of the above-referenced

14        document(s), and the transmission was reported as complete and without error to the
          facsimile numbers of the addressee(s) specified on the attached Service List.

15
   ___  **BY OVERNIGHT COURIER:**    I placed a true copy in a sealed envelope addressed as

16        indicated above, on the date shown below. I am familiar with the firm's practice of
          collection and processing of correspondence for delivery by (insert Federal Express or

17        California Overnight). Pursuant to that practice, envelopes placed for collection at
          designated locations during designated hours are delivered to (insert Federal Express or

18        California Overnight) with a fully completed airbill, under which all delivery charges are
          paid by Cotchett, Pitre & McCarthy, that same day in the ordinary course of business.

19
   ___  **BY PERSONAL SERVICE**: I am readily familiar with Cotchett, Pitre & McCarthy's

20        practice for causing documents to be served by hand delivery. Following that practice, I
          caused the sealed envelope containing the aforementioned document(s) to be hand

21        delivered to the addressee(s) specified on the attached Service List.

22
          I declare under penalty of perjury, under the laws of the State of California, that the

23 foregoing is true and correct. Executed at Burlingame, California, on February 28, 2008.

24

25                                           Jeanine H. Acosta

26

27

28

1

2

## SERVICE LIST

3

Ramzi Abadou
Coughlin Stoia Geller Rudman & Robins
LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101
619-231-1058
ramzia@csgrr.com

Attorneys for National Elevator Industry
Pension Plan
(Movant)

4

5

6

7

Brendan P. Cullen
Sullivan & Cromwell
1870 Embarcadero Road
Palo Alto, CA 94303
650-461-5600
cullenb@sullcrom.com

Attorneys for Verifone Holdings, Inc.
(Defendants)

8

9

10

Michael Howard Steinberg
Sullivan & Cromwell
1888 Century Park East
Los Angeles, CA 90067
310-712-6600
steinberg@sullcrom.com

Attorneys for Verifone Holdings, Inc.
Barry Zwarenstein and Douglas G. Bergeron
(Defendants)

11

12

13

14

Aaron H. Darsky
Juden Justice Reed
Schubert & Reed
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
415-788-4220
adarsky@schubert-reed.com
jreed@schubert-reed.com

Attorneys for Israeli Institutional Investor
Group
(Movant)

15

16

17

18

Timothy Alan DeLange
Berstein Litowitz Berger & Grossman LLP
12481 High Bluff Drive, Ste. 300
San Diego, CA 92130
858-793-0070
timothyd@blbglaw.com

Attorneys for Steelworkers Pension Trust and
The Police and Fire Retirement System of
The City of Detroit
(Movant)

19

20

21

22

Daniel C. Girard
Jonathan Krasne Levin
Aaron M. Sheanin
Girard Gibbs, LLP
601 California Street
Suite 1400
San Francisco, CA 94104
415-981-4800
girardgibbs@girardgibbs.com
jkl@girardgibbs.com
ams@girardgibbs.com

Attorney for Joel Eichenholtz
(Plaintiff)

23

24

25

26

27

28

LAW OFFICES

1  Reed R. Kathrein                                    Attorneys for Westend Capital Management
2  Hagens Berman Sobol Shapiro LLP                     LLC
   715 Hearst Avenue, Ste. 202                         (Movant)
3  Berkeley, CA 94710
   510-725-3000
4  reed@hbsslaw.com

5  Nicole Catherine Lavallee                           Attorneys for IBEW Local 363 Pension &
   Berman DeValerio Pease Tabacco                      Benefits Funds
6  Burt & Pu                                           (Movant)
   425 California Street, Ste. 1000
7  San Francisco, CA 94104
   415-433-3200
8  nlavallee@bermanesq.com

9  Alan Roth Plutzik                                   Attorneys for Arkansas Public Employee
   Schiffrin Barroway Topaz & Kessler LLP              Retirement System
10 2125 Oak Grove Road, Ste. 120                       (Movant)
   Walnut Creek, CA 94598
11 925-945-0200
   aplutzik@bramsonplutzik.com

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28